**Electronically Filed
Supreme Court
SCPW-12-0000894
03-JAN-2013
10:24 AM**

SCPW-12-0000894

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent,

vs.

CHRISTOPHER LEE SLAVICK, Petitioner.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the compilation of letters submitted by petitioner Christopher Lee Slavick and addressed to the Chief Justice and the court, which were filed as a motion for reconsideration of the November 8, 2012 order denying petitioner's petition for a writ of prohibition, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, January 3, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

